1776 Alaska, 501 (c) (3)
Name
4141 Postmark Drive, Unit #190353.
Mailing address
Anchorage, AK 99519
City, State, Zip
907-717-9647
Telephone

RECEIVED

DEC 03 2020

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Nial Sherwood Williams
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Municipality of Anchorage
(See Attached)

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:20-CV-00304-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Nial Sherwood Williams
(print your name)

who presently resides at 4141 Postmark Drive, Unit #190353. Anchorage
(mailing address) AK 99519

were violated by the actions of the individual(s) named below.

**2. Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Austin Quinn-Davidson_ is a citizen of
_Alaska_, and is employed as a _Acting Mayor_.
(state)                                    (name)      (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Ethan Berkowitz_ is a citizen of
_Alaska_, and is employed as a _Former Mayor_.
(state)                                    (name)      (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Felix Rivera_ is a citizen of
_Alaska_, and is employed as a _Assembly - Chairperson_.
(state)                                    (name)      (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

**2. Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. ~~1~~ 4, _Christopher Constant_ is a citizen of
_____
                    (name)

_Alaska_ , and is employed as a _Assemblymember_ .
  (state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~2~~ 5, _Crystal Kennedy_ is a citizen of
_____
                    (name)

_Alaska_ , and is employed as a _Assembly member_ .
  (state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~3~~ 6, _Jamie Allard_ is a citizen of
_____
                    (name)

_Alaska_ , and is employed as a _Assembly member_ .
  (state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 7, _Kameron Perez-Verdia_ is a citizen of
_Alaska_, and is employed as a_Assembly member_.
(state)                                      (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 8, _Meg Zaletel_ is a citizen of
_Alaska_, and is employed as a_Assembly member_.
(state)                                      (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 9, _Forrest Dunbar_ is a citizen of
_Alaska_, and is employed as a_Assembly member_.
(state)                                      (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2.  **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. ~~1~~ 10, _____ Pete Petersen _____ is a citizen of
_Alaska_, and is employed as a _____ Assembly member _____ .
<br>(state)             (name)            (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~2~~ 11, _____ Suzanne LaFrance _____ is a citizen of
_Alaska_, and is employed as a _____ Assembly member _____ .
<br>(state)             (name)            (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~3~~ 12, _____ John Weddleton _____ is a citizen of
_Alaska_, and is employed as a _____ Assembly member _____ .
<br>(state)             (name)            (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. ~~1~~ 13, _Barbara Jones_ is a citizen of
_Alaska_, and is employed as a _Municipal Clerk_.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~2~~ 14, _Kate Vogel_ is a citizen of
_Alaska_, and is employed as a _Municipal Attorney_.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~3~~ 15, _Jason Bockenstedt_ is a citizen of
_Alaska_, and is employed as a _Chief of Staff_.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**

____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. ~~1~~ 16, _Bill Falsey_ is a citizen of
(name)
_Alaska_ , and is employed as a _Municipal Manager_ .
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~2~~ 17, _Dean Gates_ is a citizen of
(name)
_Alaska_ , and is employed as a _Assembly Legal Counsel_
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. ~~3~~ 18, _Alexander Slivka_ is a citizen of
(name)
_Alaska_ , and is employed as a _Chief Fiscal Officer_ .
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 19, *Christopher Schutte* is a citizen of
_Alaska_, and is employed as a _Economic and Community Development_. Director
(state)     (name)     (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 20, *Heather Harris* is a citizen of
_Alaska_, and is employed as a _Health Department Director_.
(state)     (name)     (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 21, *Tracy Mears* is a citizen of
_Alaska_, and is employed as a _Risk Management - Manager_
(state)     (name)     (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

1.i

Claim 1: On or about ___March 12, 2020 - Present___, my civil right to
___(Date)___

___Freedom of Religion - Excercise Restrictions___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by ___Municipality of Anchorage - ANC Code 3.80___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

The Municipality of Anchorage, (MOA) has
used a broad interpretation of ANchorage
Code 3.80 to institute over 16 emergency
ordinances. These proclamations have been
legislated by the Mayor's office, former
Mayor Ethan Berkowitz and recently
Acting Mayor Austin Quinn-Davidson.
Under the free exercise clause of religion,
I as an American am guaranteed the
right to practice my religion freely.

Acting under color of law these emergency
orders have prevented me from going to Church.
As a Christian, communion is something that
requires in person attendance as an outward
sign of repentence from sin. Number of
persons attending has been restricted. Mask
wearing, distancing, and contact tracing have
been employed forced on houses of worship. All
of these actions infringe my religious liberty.
Singing of hymns and praising God Almighty
has been restricted and outlawed. Children's
worship has been cancelled violating certain

Cont on 1.ii

1.ii

<u>Claim 3</u>: On or about _____, my civil right to
                                    (Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
                              (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

age brackets the ability to learn about
the Word of God.

As Christians, the Holy Spirit walks with
us, allowing us the power to heal the
sick, raise the dead, and to speak in tongues
among other spiritual gifts. The
healing power of Christ Jesus always
trumps sickness and causes wickedness
and the devil to flee. No pandemic,
individual, government personnel or agency,
or unconstitutional law can strip us
of these rights.

Any infringement on our religious liberties
and our ability to freely exercise
violates our rights as endowed by
our Creator. No reason was given
in Amendment 1 to subvert or circumvent
this right. It is retained as
originally intended by the sovereign
individual.

2.ib

<u>Claim 2</u>: On or about <u>March 12, 2020 - Present</u>, my civil right to
(Date)
<u>Freedom of Speech</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by <u>Municipality of Anchorage - ANC Code 3.80</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

The Municipality of Anchorage used Anchorage Code
3.80 as the textual basis for launching
over 16 emergency orders. These orders have
broad effects on the people's abilities to freely
speak.

All businesses were required to post particular
signs, which came from Municipality of Anchorage
approved print shops, with propaganda
deemed appropriate to the MOA. Signs
reading "Stay 6 feet Apart", "Wear Your Mask",
"Wash Your Hands", etc. These signs
were also posted in parks, Municipal
buildings, on vehicles, commercials,
and tv spots. These signs used
MOA tax dollars and as they were
not voted on by the Assembly, nor people
but forced on us they violate my free
speech.

I have posted signs which stand in opposition
to the above listed topics. Signs
(cont on 2.ic)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7
11 of 28

2.22

Claim 3: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

were taken down by MOA personnel. Numerous attempts were made to gain permission to hang signs in the same areas; all attempts were met with denial.

When a sign was hung on the Performing Arts Center reading "Black Lives Matter in AK", petitions were made to hang a sign stating "Baby lives Matter in AK" or "All lives Matter in AK", these were met with denials. It is less about what the speech says or your political leanings and more about having MOA policy be neutral and not politically leaning.

No speech that opposes the globalist MOA cabal's plans to control, mask, distance us, is allowed by our elected officials.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7
12 of 28

Claim 3i: On or about ___March 12, 2020 – Present___, my civil right to
___(Date)___
___Freedom of Association and/or Assembly___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List only one violation.)

was violated by ___Municipality of Anchorage – ANC Code 3.80___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.    State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Resulting from unlawful emergency orders citing
unconstitutional ANC Code 3.80, my rights
to freely associate and to freely assemble
have been abridged.
    During the 260 days and ongoing
of the 15 days to flatten the curve
I have Not been able to assemble or
associate with my fellow Anchorites.
For the 4th of October 2020, I had a
"First Municipal Muster" planned for Flat Top.
To advertise for this event, I again hung signs
on MOA buildings. These signs were hung
in locations immediately near other advertisements.
I personally witnessed them being torn down
from more than One location by MOA
personnel. How can I freely assemble
my fellow Anchorites if my advertising
efforts are being systematically crushed?

My freedom of association has been
limited and eliminated among the
following holidays: St. Patrick's Day,
Seward's Day, Palm Sunday, Passover,
(Cont on 3ii)

Claim 3: On or about _____ , my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Good Friday, Holy Saturday, Easter, V-E Day, Armed Forces' Day, Ascension Day, Pentecost, Juneteenth, Mother's Day, Independence Day, Memorial Day, Veteran's Day, and Thanksgiving. Just to name a few.

Meanwhile members of the MOA did not even follow their own rules as many of them participated in large gatherings and frequently are seen in close interaction with a variety of people who they don't live with. It is the epitome of do as I say, not as I do.

On August 17, 2020, a peaceful gathering outside the Assembly chambers was labeled a "riot" by Suzanne Lafrance and Kate Vogell. The group was lawfully assembled and peaceful but the MOA chose to vilify my fellow Anchorites who chose to disagree with their agenda. As they were locked out of Assembly chambers and prevented from testifying.

(Cont on 3iii)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7
14 of 28

3iii

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List <strong>only one</strong> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The reason the MOA seeks to limit
gatherings by size, type, number of location
is not to stop the spread of a virus
with a 99.07% recovery rate. It
is to silence those who are
political opponents. To prevent the
will of the people from being recognized.

When people can associate and assemble
freely tyrannical governments are
less likely to have their way. It
is much harder to trample individual's
liberty when you are facing mass
opposition. The people should not
fear the government, but the
government should fear the people.
This is not a physical threat but evidence
of idealogical opposition. Freedom
to assemble and associate is a fundamenta
human right endowed to us by Almighty
God. It cannot be revoked
or suspended at the whim of men.

Claim 4: On or about <u>March 12, 2020 - Present</u>, my civil right to
(Date)
<u>Petition Government for a redress of grievances.</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by <u>Municipality of Anchorage - ANC Code 3.80</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The MOA through the use of illegal emergency
orders rooted in unconstitutional ANC Code
3.80, have systematically thwarted myself
and my fellow Anchorites abilities to redress
our grievances with our local government.
Local government is supposed to be the most
representative version of government. It is
still supposed to be very limited in scope
and to only act to control citizens
in the least restrictive ways possible.

I have always been an active participant in my
local government. I know that it is the best way
to have meaningful impact on my life and the lives
of my fellow Anchorites. There are many
examples of how, and when the MOA has systemically
prevented myself and my fellow citizens from
redressing our numerous grievances. To name
a few: locking us out of chambers, closing certain
meetings, creation of 6 year budgets,
major changes to public safety purposes,
spending of CARES Act funds, and ANC
2020-65. These are among a few.

(Cont on 4ii)

Claim 3 **4ii**: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

For over five months citizens were just locked out of all municipal meetings. The only way to access them was email, which was not answered. Phone calls went strait to voicemail, and message boxes were full. If you sent a letter opposing the tyrannical policies, it became mere kindling for their fires under their cauldrons.

After this they did open up Assembly chambers, only for regular bi-monthly weekly meetings, but most decisions are already made at this time. Work sessions as they are called are where the real globalist legislation is handed down from their puppet-masters. Leaving the average Anchorite to testify to deaf ears of the Assembly members as they whisper to themselves. If your testimony is "not germaine" or "off topic" you will be censured by Felix Rivera, or even kicked out. I have been censured by the Chairperson at least half-a-dozen times, and kicked (Cont on 4iii)

Case 3:20-cv-00304-RRB   Document 1   Filed 12/03/20   Page 17 of 28

Claim 3: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

out twice. The Assembly uses a Jack-boot thug group, Securitas to prevent political opponents from testifying when they become exposed for the control-freak, Constitution trampling globalists they are.

ANC 2020-65 faced immense opposition. It removes choices of parenting from Mom and Dad, placing your child's welfare with the MOA. This ordinance was passed during a period of closed Assembly chambers, and outside the will of the people. It violates the sovereignty of the Parent over the Child.

The MOA recently passed its budget, which in FY2021 alone will cost almost $750 million. The only access that over 250,000 Anchorites had to impact this legislation, which carries 6 year impact, was during 3 public hearings. Each hearing was limited to 45 people, which includes Assembly and staff, mayor, legal team, and

Cont on 4iv

4 i ✓

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

financial team, and media. This leaves
about 20 seats or less for actual citizens,
who are not agents of the MoA to testify!
This means only 60 out of
250,000 citizens could testify. I don't
see how that is representative. They do
take email or phone testimony though, they
will say. However how can it be
verified a person using email is actually
an Anchorite? Or an Alaskan? Or even
an American for that matter? It cannot.
The fact remains their own municipal charter
allows for and guarantees in person
testimony. This is the only way to truly
too guarantee the testimony you are
receiving is from real citizens, and
not paid agents of the MoA, out of
work teachers, or foreign enemies
of the state.

One of the final ways to redress grievances is through
the judiciary to invalidate unconstitutional laws.
Thus My endeavour.

Claim 5i: On or about _March 12, 2020 – Present_ , my civil right to
                              (Date)
_Amendment 4 – US Constitution_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
                      unusual punishment, etc. List **only one** violation.)

was violated by _Municipality of Anchorage – ANC Code 3.80_
                (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

ANC Code 3.80 has served as the foundation
for over 16 emergencies edicts by the
executive branch, the Mayor's Office. This has
led to numerous violations.

To gain entry to the Assembly chambers
you are required to submit, to a
"thermal scan" thermometer which is a
laser pointed at one's frontal lobe. This
area of the brain controls high level human
functions, eg. personality, judgment, problem
solving, speech, body movement, intelligence and
self awareness. While this may be seen by
some to be a reasonable invasion of privacy,
it violates my Fourth Amendment Rights.
A tyrannical government could use this as
a direct energy weapon to attack the
high level functions of its political
opponents. There is no oath or affirmation
given that siezing my brain is allowed
even in times of alleged crisis.

Next I would be required to submit
                    (cont on 5ii)

Claim 3: On or about _____, my civil right to
(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

to writing my name, number, email, and temperature reading. This was sold to the masses as being for public health, but they don't even require identification to vote. Why do I have to check in to be able to testify? It is so they can have you on a list, (of political opponents) Then my number was given to other groups who would harass me over phone and email. I am sure they also use this information to track my geological coordinates. It is an element of a police and surveillance state.

Recently, upon returning to Anchorage, at Ted Stevens Anchorage International airport, arriving persons are now "required" to submit to covid 19 testing and to download a tracker application on their phones. The covid 19 test requires a giant swab be shoved into the nasal passage, pressing against the cranial

( cont on 5iii )

Claim 3: On or about _____, my civil right to
(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Cavity. This does not allow me to be "secure in my person." No warrant was issued as this was not reasonable probable cause, but alas, the masses will simply submit to this government overreach until the Judiciary rebukes it for the unconstitutional infringement that it is. The tracking app has no beginning, nor end, and when downloaded the user gives up their rights as guaranteed under this Amendment 4. Mass surveilance cannot be and never was intended to be allowed. Using municipal, or even state or federal dollars towards this end is circumventing and subverting our constitutionally guaranteed liberties.

Case 3:20-cv-00304-RRB   Document 1   Filed 12/03/20   Page 22 of 28

6i

<u>Claim 8</u>: On or about <u>March 12, 2020 - Present</u>, my civil right to
(Date)
<u>Amendment 14, Section 1</u>

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by <u>Municipality of Anchorage - ANC Code 3.80</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Since March 12, 2020, the MOA has used ANC
3.80 as the foundational basis to issue 16 plus
emergency orders. These orders and
ANC 3.80 have led to the erosion of individual
rights and liberties.

The MOA has closed and opened business
in whimsical fashion. Restricting my ability,
as well as all Anchorites' abilities to
earn a living. The rational basis for
why certain business are closed, while
others often larger and more crowded
remain open is at best veiled from the
Public, at worst nefarious. The MOA
could not push through their socialist
communist agenda under normal
circumstances. The goal of the MOA
is to bankrupt the city and all
constituents to force us into a socialist
police state. You cant have Costco,
Fred Meyer, Carrs, WalMart, Home Depot
etc open; however close the Christian
bookstore, the local barber, and

(Cont on 6ii)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7
    23 of 28

Claim 6: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

the local restaurant. You cannot keep
cannabis shops open, while closing
or limiting worship at churches, synogogue
and mosques. These are violations
of equal protection and equal application
of laws.

To force me to wear a face diaper, restricting
my oxygen intake and carbondioxide
expiry, causes my entire body to be sick.
Not to mention that it violates my
religious liberty and freedom under
the Americans with Disabilities Act.
Just as you cannot discriminate against
the blind man for using a seeingeye
dog, you cannot restrict my equal
access to goods and services over
the covering of my face. This does
not even address whether masking
does anything other than increase
buildup and growth of bacteria, fungus,
and other germs. It does however
decrease oxygenation to the cellular
(Cont on 6iii)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7
24 of 28

Claim 3: On or about _____, my civil right to
(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

level creating irreparable harm to my body including its major organs: brain, heart, lungs. Also Dr Fauci has said masks do nothing. OSHA states unless worn properly masks can actually cause more infections. Finally the NIH stated that most masks do not stop respiratory droplets as they are more porous than the 3 nano meters threshold necessary to stop virus.

All this being said Christians place their faith in the King of Kings Jesus Christ as our protector. We do not and will not kneel for any self proclaimed worldly kings or princes. The power of faith in the Holy Spirit, has healed lepers, allowed blind men to see, delivered men from a fiery furnace, and tamed lions. A virus with a 99.07% recovery rate leaves the faithful fearless. Even if the rate of recovery was 0.93%, we still

(cont on 6iv)

*Civ*

Claim **3**: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

have faith In our Lord and Saviour
Jesus Christ to deliver us.

I wish you the honorable Justice
reviewing my case the blessings
of God Almighty and may you
reply to my plea.

**D. Previous Lawsuits**

1.  Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _✕_ No

2.  If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____  Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____  Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:  _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _750,000,000.00_

2. Punitive damages in the amount of $ _10,000,000,000.00_

3. An order requiring defendant(s) to _End all emergency orders_

4. A declaration that _ANC 3.80 is unconstitutional. All laws passed during emergency unconstitution_

5. Other: _Remanding all municipal defendants into custody_

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _Anchorage, Alaska_ on _December 1, 2020_

     (Location)       (Date)

_____

(Plaintiff's Original Signature)

_____    _____

Original Signature of Attorney (if any)     (Date)

_____

_____

_____

Attorney's Address and Telephone Number