1776 Alaska - 501(c)(3)
Name: Nial Sherwood Williams
Mailing Address, Zip: 4141 Postmark Drive, Unit #190353
Anchorage, AK 99519
Telephone: 907-717-9647

RECEIVED
DEC 11 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

1776-501-(c)(3)
Nial Sherwood Williams
Plaintiff,

vs.

Municipality of Anchorage
et ALL as Listed (2) Defendants
Defendant(s).

**APPLICATION TO WAIVE THE FILING FEE**
(Non-Prisoner)

CASE NO. 3:20-CV-00304-RRB
(To be supplied by the Court)

I, Nial Sherwood Williams, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the $402.00 filing fee for this proceeding, or give security because of my poverty. The type of case I am filing is Other Civil Rights - 1983 and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  (If "Yes" USE PRISONER FORM)

2. Marital status: ☒ Single  ☐ Married  ☐ Divorced  ☐ Separated

   a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

      If yes to either question, state monthly amount paid:_____ OR state monthly amount received:_____

   b. Dependants: ☐ Spouse  ☐ Children #_____  ☐ Others #_____

   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials** only).

   Name: Ø
   Age:_____

   Name:_____

Age:_____

Name:_____⌀_____
Age:_____

Name:_____
Age:_____

3. Are you presently employed? ☐ Yes ☒ No

   a. **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: _____

   Nature of employment: _____

   How long employed by present employer: _____

   b. **If you are not presently employed,** provide the following information:

   Date of last employment: 08 / ? / 2020 (month/day/year)

   Former employer's name, address & telephone: Applebee's, 4331 Credit Union Drive, Anchorage AK 99507 907-222-7753

   Gross: $_____ Net: $ Minimum + Tips salary/wages per ☐ month ☒ week (chose one) Wage - $10.19

   Nature of employment: Server/Bartender

4. Is your spouse employed? ☐ Yes ☐ No N/A

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: _____

   Nature of employment: _____

   How long employed by present employer: _____

5. Are you receiving public assistance or unemployment benefits? ☒ Yes ☐ No

   a. I have been on ☒ public assistance and/or have received ☐ unemployment benefits

   since: 11 / 20 / 2020 (month/day/year).

b. I am receiving $ 389.00 ☐ monthly / ☒ weekly for myself and my household

of _____ (number).

6. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends (not PFD) ☒ Yes ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or worker's compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☒ Yes ☐ No

   If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.
   b - Rent Assistance - CARES ACT
   F - SNAP - 251 per week

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):
   Cassey Fretwell - $1,000
   I did not receive PFD

8. Do you have **any** cash? ☐ Yes ☒ No
   State the total amount and location(s):

9. Do you have any checking account(s)? ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): ⌀
   b. Present balance(s) in account(s):

10. Do you have any savings/IRA/money market/CDs separate from checking accounts? ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): ⌀
    b. Present balance(s) in account(s):

11. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
    a. Make: ∅  Year: _____  Model: _____
    b. What is its current value?  $ ∅
    c. Is it financed?  ☐ Yes  ☐ No
    d. If so, what is the amount owed?  $ N/A

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes  ☒ No

    If "Yes," describe the property and state its value:
    ∅

13. Do you have any other assets or personal property other than clothing?  ☐ Yes  ☒ No

    If "Yes," list the asset(s) and state the value of each asset listed:
    ∅

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes  ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer:
    ∅

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed                                                                                                on:

PS11 (12/13)                    Page 6 of 4                                    Fee Waiver
Case 3:20-cv-00304-RRB   Document 5   Filed 12/11/20   Page 6 of 7

_____  DATE December 10, 2020
SIGNATURE OF APPLICANT