# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NIAL SHERWOOD WILLIAMS,

        Plaintiff,

vs.

MUNICIPALITY OF ANCHORAGE, *et al.*

        Defendants.

Case No. 3:20-cv-00304-RRB

## ORDER of DISMISSAL

Nial Sherwood Williams, representing himself, filed a Civil Rights Complaint under 42 U.S.C. § 1983, and an Application to Waive the Filing Fee under 28 U.S.C. § 1915.[1]  The Court waived the filing fee, screened the Complaint as required under § 1915,[2] explained the deficiencies, and permitted Mr. Williams an opportunity to file an amended pleading or a voluntary dismissal by April 5, 2021.[3] To date, Mr. Williams has filed nothing further in this case.

Therefore, **IT IS HEREBY ORDERED:**

1.  This case is DISMISSED for failure to prosecute.

---

[1] Dockets 1, 5.

[2] 28 U.S.C. § 1915(e)(2)(B).

[3] Docket 6; *see also Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (liberal construction of pro se pleadings); *Gordon v. City of Oakland*, 627 F.3d 1092, 1094 (9th Cir. 2010) (permitting an opportunity to amend unless to do so would be futile).

2. The Clerk of Court shall enter a Judgment accordingly.

Dated at Anchorage, Alaska this 8th day of April, 2021.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge